IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL REEVES | § § § § | |
| Plaintiff, | § | |
| vs | § § § | Civil No. 4:15-cv-2170 |
| JOSEPH C. WILLIAMS | § § § | |
| Defendant. | § | |

JURY NOTE NO. __5__

Is there a legal definition of "harm" in question #1?
Also we would like a definition of "evil intent" please.

Date: __5/13__, 2019

FOREPERSON