United States District Court
Southern District of Texas
**ENTERED**
May 13, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL REEVES | § |
| Plaintiff, | § § § |
| vs | §  Civil No. 4:15-cv-2170 |
| JOSEPH C. WILLIAMS | § § § |
| Defendant. | § § |

## ORDER

The parties shall withdraw from the Clerk it's evidence presented at the Jury Trial and shall maintain it for purposes of any appeal.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this 13th day of May, 2019 at Houston, Texas.

_____
**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**